## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY-NEWARK VICINAGE

| | |
|---|---|
| **SUSAN LASK,**<br><br>    Plaintiff,<br><br>vs.<br><br>**ROYAL BUCKINGHAM CONDOMINIUM ASSOCIATION, INC., et al**,<br><br>    Defendants. | Civil Action No. 21-CV- 20781-JMV-AME<br><br>STIPULATION AND ORDER EXTENDING TIME TO ANSWER OR MOVE |

**WHEREAS** all Defendants have appeared by counsel named below and the parties have agreed to enter into settlement negotiations from now to March 31, 2022;

It is hereby stipulated and agreed by Plaintiff and Defendants, acting through their duly authorized counsel, that the time for Defendants to answer or otherwise respond to the complaint is hereby extended until March 31, 2022.

Law Offices of John T. Bazzurro, LLC

/s John T. Bazzurro
_____
By: John T. Bazzurro
*Attorney for Plaintiff*
200 Meco Drive
Millstone Township, New Jersey 08535
(732) 732-410-5350

Kaufman Dolowich & Voluck, LLP

/s Robert A. Berns
_____
By: Robert A. Berns, Esq.
*Attorney for all Defendants*
(except Verde Steinberg)
25 Main Street – Suite 500
Hackensack, NJ 07601

O'Toole Scrivo LLC

/s Lawrence Scott Cutalo
_____
By: Lawrence Scott Cutalo, Esq.
Attorney for all Defendants Verde Steinberg
14 Village Park Road
Cedar Grove, NJ 07009

SO ORDERED.
DATED: March 7, 2022

*/s/ André M. Espinosa*
ANDRÉ M. ESPINOSA
United States Magistrate Judge